IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES AUTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:04-CV-01133-DRB |
| vs. ) | [WO] |
| ) | |
| JO ANNE B. BARNHART ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the *Memorandum Opinion and Order* entered herewith reversing the Commissioner's decision and remanding this cause for further consideration, it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Plaintiff, James Austin, and against the Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 27th day of January, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE